# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR286 |
| vs. | ) | |
| Dora Maria Ortiz-Torres, Marcos Monzon-Rivas, Juan Vega-Diaz, Jesus Francisco Monzon-Moreno, Matian Alfonso Ceballos-Aguirre, Fidel Giovanni Avila-Monzon, Ana Karla Rodriguez-Torrez, Leonides Carreno, John F. Haller, III, Brijido Beltran-Rodelo, | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on Defendant Ana K. Rodriguez-Torrez's Unopposed Motion to Continue Trial [156]. Counsel and the government need more time to prepare the case which has previously been designated as complex [106]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [156] is granted, as follows:

1. The jury trial, **for all defendants**, now set for April 30, 2018, is continued to **June 4, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 4, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

**DATED:  March 27, 2018.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**